UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-50400
Summary Calendar
_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

                    versus

JOSE ARELI BENITEZ-MONDRAGON,

                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
(A-97-CR-77-ALL)
_____


July 2, 1997
Before DAVIS, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:*

     Jose Areli Benitez-Mondragon ("Benitez") appeals from the

district court's order denying release pending trial.  The district

court's decision, which effectively adopted the reasoning of the

magistrate judge who conducted the detention hearing, is supported

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

by evidence that indicates that there is a serious risk that Benitez will flee and evade prosecution and that no condition or combination of conditions will reasonably assure Benitez's appearance. *See* 18 U.S.C. § 3142; *United States v. Rueben*, 974 F.2d 580, 586 (5th Cir. 1992). Accordingly, the district court's detention order as to Benitez is AFFIRMED, and Benitez's motion for release pending trial is DENIED.